## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **JOHN TEMPLE,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**BEST RATE HOLDINGS, LLC**, a Delaware limited liability company, and **LENDING TREE, INC.**, a Delaware corporation.<br><br>*Defendants*. | Case No. 8:18-cv-00176-CEH-JSS<br><br>**MOTION TO APPEAR PRO HAC VICE** |

In accordance with Local Rule 2.02, Plaintiff John Temple ("Temple" or "Plaintiff"), through his counsel, moves this Court for an Order allowing Steven L. Woodrow and Patrick H. Peluso to appear in this Court as co-counsel on behalf of Temple and the alleged class in the above-captioned lawsuit. In support, Plaintiff states as follows:

1. Steven L. Woodrow and Patrick H. Peluso, and their law firm, Woodrow & Peluso, LLC, have been retained to represent Plaintiff in all proceedings conducted in this case.

2. Steven L. Woodrow is a member in good standing and admitted to practice law in the States of Colorado and Illinois as well as in the United States District Courts for the District of Colorado, the Northern District of Illinois, the Eastern District of Michigan, the Western District of Michigan, the District of New Mexico, and the Western District of Wisconsin. Mr. Woodrow is also admitted to practice before the United States Courts of Appeals for the Seventh and Ninth Circuits.

3. Patrick H. Peluso is a member in good standing and admitted to practice law in the State of Colorado as well as the United States District Courts for the District of Colorado, the Western District of Wisconsin, the District of New Mexico, and the Eastern District of Michigan.

4. Mr. Woodrow and Mr. Peluso are familiar with, and will be governed by, the Local Rules of this Court as well as the Code of Professional Responsibility and the other ethical limitations and requirements governing the professional behavior of attorneys in Florida.

5. Mr. Woodrow and Mr. Peluso designate Ryan Shipp as the lawyer upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys. Through his signature below, Mr. Shipp consents to such designation.

6. Pursuant to Local Rule 2.02(a), Ryan Shipp certifies that Mr. Woodrow and Mr. Peluso will comply with the fee and email registration requirements of Local Rule 2.01(d).

7. Pursuant to Local Rule 2.02(a), Mr. Woodrow and Mr. Peluso certify that they have not appeared in courts in Florida to such a degree as to constitute the maintenance of a regular practice of law in Florida.

WHEREFORE, Plaintiff respectfully requests this Court enter an Order admitting Steven L. Woodrow and Patrick H. Peluso to practice before this Court *pro hac vice*.

Respectfully Submitted,

Dated: January 25, 2018

JOHN TEMPLE, individually, and on behalf of all others similarly situated,

By: s/Ryan S. Shipp
One of Plaintiff's Attorneys

Ryan S. Shipp, Esq.
Florida Bar Number: 52883
**Law Office of Ryan S. Shipp, PLLC**

814 W. Lantana Rd. Suite 1
Lantana, Florida 33462
(561) 699-0399
Primary Email: Ryan@shipplawoffice.com

Steven L. Woodrow
(swoodrow@woodrowpeluso.com)*
Patrick H. Peluso
(ppeluso@woodrowpeluso.com)*
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Counsel for Plaintiff and the Putative Class*

\**pro hac vice* admission to be filed

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on January 26, 2018 I served the above and foregoing papers by causing such paper to be filed with the Court using the Court's electronic filing system, which will send copies of such paper to all counsel of record.

January 26, 2018                              /s/ Ryan Shipp