UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN TEMPLE,

    Plaintiff,

v.                                                         Case No: 8:18-cv-176-T-36JSS

BEST RATE HOLDINGS LLC and
LENDING TREE INC.,

    Defendants.
_____/

**ORDER**

THIS MATTER is before the Court on Plaintiff's Motion for Leave to Appear Pro Hac Vice. (Dkt. 6.) Plaintiff moves the Court to allow Steven L. Woodrow and Patrick H. Peluso to appear pro hac vice as his counsel, with Ryan Shipp of Law Office of Ryan S. Shipp, PLLC designated as local counsel pursuant to Middle District of Florida Local Rule 2.02(a). Upon consideration, the Court finds that the requirements of Local Rule 2.02 regarding special admission have been met. Accordingly, it is **ORDERED** that Plaintiff's Motion for Leave to Appear Pro Hac Vice (Dkt. 6) is **GRANTED**.

In accordance with Middle District of Florida Local Rule 2.02(a), counsel, if they have not done so already, are directed to file the appropriate forms, pay the requisite filing fee, and participate in electronic filing by registering for CM/ECF and obtaining passwords within fourteen (14) days of this Order.[1] Counsel are also reminded that an attorney who appears specially in this Court pursuant to Middle District of Florida Local Rule 2.02(a) "shall be deemed to be familiar with, and shall be governed by," the local rules, including Rule 2.04 in particular, the Code of

---

[1] Counsel may obtain a password from the Court by accessing the Court's website, www.flmd.uscourts.gov, and clicking on CM/ECF. After registering for CM/ECF, counsel must also register an e-mail address.

Professional Responsibility, and "other ethical limitations or requirements then governing the professional behavior of members of The Florida Bar." M.D. Fla. Local R. 2.02(c).

**DONE** and **ORDERED** in Tampa, Florida, on January 29, 2018.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record