**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| JOHN TEMPLE, individually and on behalf of all others similarly situated, | : <br> : <br> : Case No.: 8:18-cv-176-T-36JSS <br> : |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| BEST RATE HOLDINGS, LLC and LENDING TREE, INC. | : <br> : |
| Defendants. | |

**UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND**
<u>**MEMORANDUM OF LAW IN SUPPORT THEREOF**</u>

Defendants, Best Rate Holdings, LLC ("Best Rate"), and Lending Tree, Inc. ("LendingTree") (collectively "Defendants"), pursuant to Fed. R. Civ. Pr. 6(b) and Local Rule 3.01, jointly file this Unopposed Motion for an Extension of Time for Defendants to Answer or Other Respond to the Complaint and show as follows:

1. Plaintiff John Temple ("Plaintiff") filed his Complaint with this Court on January 22, 2018.

2. Defendants were served with Plaintiff's Complaint, at the earliest, on or about January 24, 2018.

3. The time in which Defendants must respond to the Complaint has not expired.

4. Defendants request an extension of thirty (30) days, or up to and including March 16, 2018, in which to answer or otherwise respond to the Complaint. This Motion is brought in good faith and not meant for improper delay of this proceeding. Defendants

recently retained the undersigned counsel for this action, and Defendants will use the additional time to review the allegations in the Complaint and draft any appropriate response.

5. Plaintiff's counsel does not object to the requested extension of time, and the Parties have further agreed to extend Plaintiff's deadline to file his motion for class certification by ninety (90) days. Plaintiff's motion for the same is forthcoming.

6. The Parties will not be prejudiced by the extensions.

## MEMORANDUM OF LAW

Pursuant to Federal Rule of Civil Procedure Rule 6(b), the Court, in its discretion, may enlarge the period for taking a required or allowed action. Further, the Eleventh Circuit has held that a district court can exercise its managerial power to maintain control over its docket. *See In re Air Crash Disaster at Florida Everglades on Dec. 29,* 549 F.2d 1006, 1012 (5th Cir. 1977). This power is necessary for the court to administer effective justice and prevent congestion. *Young v. City of Palm Bay, Fla.*, 358 F.3d 859, 864 (11th Cir. 2004).

Defendants seek an enlargement of time to allow its recently retained counsel adequate time to review the allegations of the Complaint and draft an appropriate response. This request is reasonable and is made prior to the expiration of the period prescribed. The requested extensions will not unduly delay the course of this litigation. Because Plaintiff does not oppose the relief requested herein, no prejudice will result to the Parties.

## CONCLUSION

WHEREFORE, Defendants Best Rate Holdings, LLC, and Lending Tree, Inc. respectfully request that this Court enter an Order extending the time within which Best Rate

and LendingTree must answer or otherwise respond to Plaintiff's Complaint by thirty (30) days, or until March 16, 2018.

### RULE 3.01(g) CERTIFICATION

In accordance with Local Rule 3.01(g), Defendants' counsel has conferred with counsel for Plaintiffs regarding this Motion and represents that they do not object to the relief herein requested.

Respectfully submitted this 7th day of February, 2018.

        */s/ Ethan M. Knott*
        Ethan M. Knott
        Florida Bar No. 0116421
        **KILPATRICK TOWNSEND & STOCKTON LLP**
        1100 Peachtree Street, Suite 2800
        Atlanta, Georgia 30309
        (404) 815-6500
        (404) 815-6555 (facsimile)

        *and*

        Joseph S. Dowdy, Esq.*
        NC Bar No. 31941
        Email: jdowdy@kilpatricktownsend.com
        **KILPATRICK TOWNSEND & STOCKTON LLP**
        4208 Six Forks Road, Suite 1400
        Raleigh, NC 27609
        Telephone: (919) 420-1700

        **Pro Hac Vice Application Forthcoming*

        **COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of February, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to the following:

> Ryan S. Shipp, Esq.
> Florida Bar Number: 52883
> Law Office of Ryan S. Shipp, PLLC
> 814 W. Lantana Rd. Suite 1
> Lantana, Florida 33462
> (561) 699-0399
> Primary Email: Ryan@shipplawoffice.com
>
> Steven L. Woodrow
> (swoodrow@woodrowpeluso.com)*
> Patrick H. Peluso
> (ppeluso@woodrowpeluso.com)*
> Woodrow & Peluso, LLC
> 3900 East Mexico Ave., Suite 300
> Denver, Colorado 80210
> Telephone: (720) 213-0675
> Facsimile: (303) 927-0809
>
> *Counsel for Plaintiff and the Putative Class*
>
> *admitted pro hac vice

                                                */s/Ethan M. Knott*
                                                Ethan M. Knott