IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN TEMPLE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BEST RATE HOLDINGS, LLC and LENDING TREE, INC.<br><br>Defendants. | Case No. 8:18-cv-00176-CEH-JSS<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENTION OF TIME
TO MOVE FOR CLASS CERTIFICATION**

Plaintiff John Temple (hereafter "Plaintiff" or "Temple"), hereby respectfully moves the Court for an extension of the deadline for moving for class certification established by the Local Rules, and in support states as follows:

**CERTIFICATE OF CONFERRAL**

In accordance with Local Rule 3.01(g). the undersigned hereby certifies that Plaintiff's counsel has conferred with counsel for the opposing parties regarding this Motion. Lending Tree's counsel has advised that Lending Tree does not oppose the relief sought.[1] Counsel for Best Rates, who will be appearing in the case shortly, also advised that Best Rates does not oppose the relief sought.

---

[1] Lending Tree previously stated in its unopposed motion for an extension of time that "counsel for LendingTree has consented to Plaintiff asking the Court that the ninety-day deadline to move for class certification be vacated and that a new deadline for the same be proposed by the Parties. Plaintiff's motion for the same is forthcoming." (*See* Dkt. 11.)

1

**RELIEF REQUESTED**

1. Vacate and continue the deadline for Plaintiff to file his Motion for Class Certification, which under Local Rule 23 is 90 days from the date the Complaint was filed, or April 23, 2018, with a new deadline to be set following the submission of a Case Management Statement and proposed case schedule.

**STATEMENT OF THE BASIS FOR THE RELIEF REQUESTED**

1. On January 22, 2018, Plaintiff filed the instant case alleging violations of the Telephone Consumer Protection Act, 42 U.S.C. § 227, *et seq.* ("TCPA"). (*See* Dkt. 1.)

2. On February 7, 2018, Defendant Lending Tree appeared in the case and filed its Unopposed Motion for Extension to File Answer or Otherwise Respond to Plaintiff's Complaint (dkt. 10), which the Court granted on February 8, 2018 (dkt. 12). Lending Tree's deadline to Answer or otherwise respond is March 16, 2018.

3. On February 22, 2018, counsel for Best Rates contacted Plaintiff's counsel and advised that he would be appearing in the case shortly. Best Rates's counsel also requested an extension of time for Best Rates to Answer or otherwise respond, up to and including March 16, 2018, which Plaintiff does not oppose. Best Rates's Motion is forthcoming.

4. Under Local Rule 23, Plaintiff must file his Motion for Class Certification within 90 days of filing the Complaint, placing Plaintiff's current deadline as April 23, 2018.

7. No discovery has begun in the case, which Plaintiff will require to sufficiently file a Motion for Class Certification.

8. Thus, Plaintiff requests (and Defendants do not oppose) that the Court vacate and continue the deadline for Plaintiff to move for class certification at this time. When the Parties file a Case Management Statement, the Parties will each set forth their positions with respect to

the case schedule, including new proposed deadlines for a period of class discovery and the filing and briefing of a motion for class certification.

**WHEREFORE**, Plaintiff John Temple, respectfully requests that the Court grant the requested extension and vacate the current class certification deadline, with a new date to be established after the Parties submit their Case Management Statement.

Dated: February 22, 2018				Respectfully submitted,

**JOHN TEMPLE,** individually and on behalf of all others similarly situated,

/s/ Patrick H. Peluso
One of Plaintiff's Attorneys

Ryan S. Shipp, Esq.
814 W. Lantana Rd. Suite 1
Lantana, Florida 33462
Tel: (561) 699-0399
Ryan@shipplawoffice.com

Steven L. Woodrow
swoodrow@woodrowpeluso.com
Patrick H. Peluso
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Tel: (720) 213-0675
Fax: (303) 927-0809

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on February 22, 2018 I served the above and foregoing papers by causing such paper to be filed with the Court using the Court's electronic filing system, which will send copies of such paper to all counsel of record.

February 22, 2018                      By:  /s/ Patrick H. Peluso