UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN TEMPLE,

    Plaintiff,

v.                                                                   Case No: 8:18-cv-176-T-36JSS

BEST RATE HOLDINGS LLC and
LENDING TREE INC.,

    Defendants.
_____/

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) (Doc. 41). In accord with Plaintiff's Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i), it is **ORDERED AND ADJUDGED** as follows:

    1)    Plaintiff's Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) is **APPROVED** (Doc. 41).

    2)    Plaintiff's individual claims against Defendants are dismissed, with prejudice. The claims of the putative class against Defendants are dismissed, without prejudice.

    3)    The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on June 15, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record